874 A.2d 560

IN THE MATTER OF JOHN S. ANGELUCCI, AN ATTORNEY AT LAW (ATTORNEY NO. 045561991).

June 8, 2005.

# O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 04–456, concluding that **JOHN S. ANGELUCCI** of **DEPTFORD**, who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on a lawyer's honesty, trustworthiness, or fitness as a lawyer), and good cause appearing;

It is ORDERED that **JOHN S. ANGELUCCI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.